IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER EUGENE WALKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. BURTON,<br><br>　　　　　Respondent. | No.  2:22-CV-0558-DMC-P<br><br>ORDER |

　　　　Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 6, for leave to proceed in forma pauperis.  Petitioner's motion is denied as unnecessary because the docket reflects that Petitioner has paid the filing fee for this action.

　　　　IT IS SO ORDERED.

Dated:  June 3, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1